Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (SBN: 281748)
THE MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorneys for Plaintiff,
GARY BORDENKIRCHER
SANDRA BORDENKIRCHER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BORDENKIRCHER, an individual, SANDRA BORDENKIRCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  C12-06421-SBA<br><br>**ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed by the parties, and good cause appearing, it is HEREBY ORDERED, ADJUDGED AND DECREED:

///

///

///

///

///

///

1
ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. The above entitled action is dismissed with prejudice;

2. Each party shall bear their owns fees and costs; and

3. The Court shall close its file.

**IT IS SO ORDERED.**

DATED: June 23__, 2014

*[signature]*
Hon. Saundra Brown Armstrong
United States District Court Judge